**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01438-CMA-MJW

ANDREW RAZO,

      Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 9). The Court having considered the Stipulation of Dismissal, hereby

      ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

      DATED: September __17__, 2010

                           BY THE COURT:

                           _____
                           CHRISTINE M. ARGUELLO
                           United States District Court Judge